[NOT FOR PUBLICATION–NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

---

No. 99-2348

DAVID T. VEALE,

Plaintiff, Appellant,

v.

WILLIAM HASBROOK, MEMBER OF THE BOARD OF SELECTMEN FOR THE
TOWN OF GILSUM, NH; JOAN MILLER, MEMBER OF THE BOARD OF
SELECTMEN FOR THE TOWN OF GILSUM, NH; THE TOWN OF GILSUM, NH,

Defendants, Appellees,

KENNETH DOOLEY, MEMBER OF THE BOARD OF SELECTMEN FOR THE
TOWN OF GILSUM, NH,

Defendant.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

[Hon. Joseph A. DiClerico, Jr., U.S. District Judge]

---

Before

Selya, Circuit Judge,
Campbell, Senior Circuit Judge,
and Boudin, Circuit Judge.

---

David T. Veale on brief pro se.
John T. Alexander and Ransmeier & Spellman on brief for
appellees.

SEPTEMBER 28, 2000

**Per Curiam**. Appellant David T. Veale appeals from the district court's grant of summary judgment to appellees, the Town of Gilsum, New Hampshire, and certain members of its Board of Selectmen.  After carefully reviewing the parties' briefs and the record, we affirm the judgment of the district court essentially for the reasons stated in its Order, dated September 17, 1999.  We add that the district court did not abuse its discretion in denying appellant's motion for a change of venue.

Affirmed.  See Local Rule 27(c).